January 25, 2008

Dear Clerk of the Court,

My name is Ernesto Lopez and my case number is C-08-0012 VRW (PR), which was filed on January of 2008. My family sent the $5.00 filing fee but I have not yet received any confirmation or a receipt from the courts. Could you please check if the transaction was fulfiled and if so, please send me my receipt.

Thank you for your time and consideration in this matter.

Sincerely,

Ernesto Lopez

**FILED**
JAN 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA