Ernesto Lopez
CTF - Central Facility
E-10652 / ED-144 up
P.O. Box 689
Soledad, CA 93960



May 22, 2008

U.S. District Court
California Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Clerk Of The Court,

    I am writing to you in concern to my writ of Habeas Corpus, case #: 3:08-CV-00012-VRW, that was filed on January 2nd of 2008. I am inquiring about the status and the progress of my writ. Please inform me if you have any information in regards to my writ.
    I truly appreciate your time and consideration,

Sincerely,

[signature]



ERNESTO LOPEZ
F10652
ED-144 UP
P.O. BOX 689
SOLEDAD, CA 93960

OFFICE OF THE CLERK
U.S. DISTRICT COURT
CALIFORNIA NORTHERN DISTRICT
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

94102+3661 C004

LEGAL MAIL