ERNESTO LOPEZ
CORRECTIONAL TRAINING FACILITY
E-10652   ED-144-LOW
P.O. Box 689
Soledad, CA 93960-0689
Pro Se



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO LOPEZ, )<br>)<br>        Petitioner, )<br>)<br>v.                      )<br>)<br>BEN CURRY, Warden et al. )<br>)<br>        Respondent. ) | CASE NO.: C 08-0012 VRW (PR)<br><br>**PETITIONER'S RESPONSE TO RESPONDENT'S MOTION TO DISMISS SOME GROUNDS.** |

    Petitioner, Ernesto Lopez, received notice that Respondent moves this Court to dismiss Petitioner's Petition for Writ of Habeas Corpus because not all of Petitioner's grounds present a federal question.

    Petitioner instead asks this Court to dismiss the two claims Respondent complains do not present a federal question and re-order Respondent to answer the remaining Grounds: (1) the Board's decision violates his due process rights because there is no evidence that he poses a current risk to public safety; (3) the Board's decision violates his due process rights because the Board relied on unchanging factors; (4) the Board's decision violated his due process rights when finding his crime to be especially heinous, atrocious, or cruel because that finding is inconsistent with his being housed at a level II facility; (6) the Board's decision violated his Sixth Amendment right to a jury trial by finding that he committed a crime greater than that found by a jury. This Grounds are listed in Respondent's motion page 2.

CONCLUSION

THEREFORE: Petitioner asks this Court to dismiss Petitioner's second and fifth grounds for relief as requested by Respondent and order Respondent to answer Petitioner's remaining grounds in a timely manner.

August 16, 2008

I declare under penalty of perjury the above is true and correct.

Respectfully Submitted,

_____
Ernesto Lopez   Pro Se

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, _____ Ernesto Lopez _____, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

Ernesto Lopez, CDCR #: E-10652
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: ED-144-Low
SOLEDAD, CA 93960-0689.

On _____ August 16, 2008 _____, I served the attached:

Petitioner's Response to Respondent's Motion to Dismiss some Grounds.

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

United States District Court
Northern District of California
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, CA 94102-9680

California Attorney General
Deputy Attorney General
455 Golden Gate Ave. #11000
San Francisco, CA 94102-7004

ATTN: Denise A. Yates

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ August 16, 2008 _____.

_____
Ernesto Lopez
Declarant

Ernesto Lopez
E-10652
ED-144 Low
P.O. Box 689
Soledad, CA 93960

SAN JOSE CA 951
18 AUG 2008 PM 5 L

U.S. District Court
Northern District of California
450 Golden Gate Ave.
P.O. Box 36060