UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOPEZ,

        Plaintiff,

  v.

CURRY, Warden,

        Defendant.

Case Number: C08-0012 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernesto M. Lopez E-10652
Correctional Training Facility
ED-144-Low
P.O. Box 689
Soledad, CA 93960-0689

Dated: August 27, 2008

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk